**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 00-6421

---

HERMAN GREEN,

Plaintiff - Appellant,

versus

EMSA CORRECTIONAL CARE, INCORPORATED; RESIDENT
AGENT; WAYNE BERRY, MD, Administrator; D.
HOOD, Nurse Administrator; JOHN MOSS, P.A.; K.
DOUGLAS, R.N.,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-
99-1269-DKC)

---

Submitted: September 21, 2000      Decided: September 28, 2000

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Herman Green, Appellant Pro Se. Donald Joseph Crawford, GODARD,
WEST & ADELMAN, P.C., Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herman Green appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. EMSA Correctional Care, Inc., No. CA-99-1269-DKC (D. Md. Feb. 17, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on February 16, 2000, the district court's records show that it was entered on the docket sheet on February 17, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).